IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-10663
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

EDWIN LEVI,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:96-CR-133-1-Y
- - - - - - - - - - -
August 19, 1998

Before KING, HIGGINBOTHAM, JONES, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Edwin Levi has filed a brief as

required by Anders v. California, 386 U.S. 738 (1967).  We have

independently reviewed the brief, the record, and Levi's response

and have found no nonfrivolous issue.  Accordingly, counsel is

excused from further responsibilities herein and Levi's appeal is

DISMISSED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.